UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAWN M DELEBREAU,

    Plaintiff,

v.                           Case No. 17-C-1221

CHRISTINA DAFORTH, et al.,

    Defendants.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed a complaint and seeks to proceed *in forma pauperis* under 28 U.S.C. § 1915. The Court has reviewed the affidavit submitted in support of the motion and concludes that plaintiff lacks sufficient income and/or assets to pay the filing fee. Accordingly, her petition to proceed *in forma pauperis* is **GRANTED**.

**SO ORDERED** this   12th   day of September, 2017.

                                    s/ William C. Griesbach
                                    William C. Griesbach, Chief Judge
                                    United States District Court